UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
NEW JERSEY CARPENTERS HEALTH FUND, *individually and on behalf all others similarly situated*,

      Plaintiff,

 - against-

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR1, STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., JEFFREY L. VERSCHLEISER, MICHAEL B. NIERENBERG, JEFFREY MAYER, THOMAS F. MARANO, JOSEPH T. JURKOWSKI, BEAR STEARNS & CO., INC. AND JPMORGANCHASE, INC. *as successor-in-interest to* BEAR STEARNS & CO., INC.

      Defendants.
-----------------------------------------------------------
PENSION TRUST FUND FOR OPERATING ENGINEERS, *individually and on behalf all others similarly situated*,

      Plaintiff,

 - against-

STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2006-6, BEAR STEARNS ARM TRUST 2006-4, BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR2, STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7, STRUCTURED ASSET MORTGAGE
-----------------------------------------------------------
[Caption continued on following page.]
----------------------------------------------------------- x

08 Civ. 8093 (LTS)

**NOTICE OF ADDENDUM AND ADDENDUM TO CERTIFICATION OF POLICEMAN'S ANNUITY AND BENEFIT FUND OF CHICAGO**

No. 09 Civ. 6172 (LTS)

INVESTMENTS II TRUST 2006-AR6, :
BEAR STEARNS ALT-A TRUST 2006-5, :
BEAR STEARNS MORTGAGE FUNDING :
TRUST 2006-AR5 , BEAR STEARNS ALT- :
A TRUST 2006-8, BEAR STEARNS :
MORTGAGE FUNDING TRUST 2006-AR4, :
STRUCTURED ASSET MORTGAGE :
INVESTMENTS II TRUST 2006-AR8, :
BEAR STEARNS MORTGAGE FUNDING :
TRUST 2006-AR3 , BEAR STEARNS ALT- :
A TRUST 2006-7, BEAR STEARNS ALT-A :
TRUST 2007-1, BEAR STEARNS :
MORTGAGE FUNDING TRUST 2007-ARl , :
BEAR STEARNS ARM TRUST 2007-3, :
BEAR STEARNS MORTGAGE FUNDING :
TRUST 2007-AR3, BEAR STEARNS ARM :
TRUST 2007 -1, STRUCTURED ASSET :
MORTGAGE INVESTMENTS II TRUST :
2007-AR1, STRUCTURED ASSET :
MORTGAGE INVESTMENTS II TRUST :
2007-AR2, THE BEAR STEARNS :
COMPANIES INC., BEAR, STEARNS & :
CO. INC., JEFFREY L. VERSCHLEISER, :
MICHAEL B. NIERENBERG, JEFFREY :
MAYER and THOMAS F. MARANO, :
                                                                                                                                          :

                            Defendants. :
-----------------------------------------------------------x

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Policemen's Annuity and Benefit Fund of the City of Chicago ("Chicago PABF") hereby submits the accompanying addendum to Chicago PABF's certification filed with the Court on November 10, 2009. Dkt. No. 73-3. The addendum is submitted to amend the certification on record and does not affect the withdrawal of Chicago PABF's application to serve as lead plaintiff in this matter.

| | |
|---|---|
| DATED: December 4, 2009 | Respectfully submitted,<br>SCOTT+SCOTT LLP<br><br>/s/ JOSEPH P. GUGLIELMO<br>JOSEPH P. GUGLIELMO (JG 2447)<br>29 West 57th Street<br>New York, NY 10019<br>Tel: 212/223-6444<br>Fax: 212/223-6334<br>Email: jguglielmo@scott-scott.com<br><br>DAVID R. SCOTT<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: 860/537-5537<br>Fax: 860/537-4432<br>Email: drscott@scott-scott.com<br><br>ARTHUR L. SHINGLER III<br>MARY K. BLASY<br>HAL CUNNINGHAM<br>600 B Street, Suite 1500<br>San Diego, CA 92101<br>Tel: 619/233-4565<br>Fax: 619/233-0508<br>ashingler@scott-scott.com<br>mblasy@scott-scott.com<br>hcunningham@scott-scott.com<br><br>**Attorneys for Policemen's Annuity and Benefit Fund of the City of Chicago** |

# ADDENDUM TO CERTIFICATION PURSANT TO THE FEDERAL SECURITIES LAWS

I, John J. Gallagher, Jr., hereby state as follows:

1. I am the Executive Director of the Policemen's Annuity and Benefit Fund of Chicago ("PABF Chicago") and am submitting this Addendum to PABF Chicago's November 10, 2009 Certification Pursuant to the Federal Securities Laws ("Certification") previously submitted in this court.

2. In addition to those actions identified in ¶¶ 6 and 7 of PABF Chicago's Certification, during the last three years, PABF Chicago has also sought to serve or served as lead plaintiff in the following federal securities actions in the last three years without regard to the specific dates such actions were filed or brought:

> *In re Siebel Systems, Inc. Securities Litigation*, Master File No. 3:04-cv-00983-CRB (N.D.Cal.) (case dismissed in December 2005; dismissal affirmed on appeal in January 2008)
>
> *In re Apollo Group, Inc. Securities Litigation*, Lead Case No. 2:04-cv-02147-PHX-JAT (D.Ariz.) (jury verdict in favor of plaintiff in January 2008; judgment as a matter of law in favor of defendants currently on appeal)
>
> *Rabbach, et al. v. ICG Communications, et al.*, Case No. 1:00-cv-01864-REB-BNB (D.Col.) (settlement approved in January 2007)
>
> *Michael Rubin v. MF Global, Ltd., et al.*, Case no. 1:08-cv-02233 (S.D.N.Y.) (on appeal)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 3, 2009

John J. Gallagher, Jr.
Executive Director
Policemen's Annuity and Benefit Fund of Chicago

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 4, 2009.

    /s/ Joseph P. Guglielmo
Joseph P. Guglielmo
SCOTT+SCOTT LLP
29 West 57th Street
New York, NY 10019