UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY CARPENTERS HEALTH FUND and BOILERMAKER BLACKSMITH NATIONAL PENSION TRUST, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., et al.,<br><br>Defendants. | Case No.: No. 08-CV-8093 (LTS)<br><br>**ECF CASE**<br><br>SUPPLEMENTAL DECLARATION OF CHRISTOPHER LOMETTI IN FURTHER SUPPORT<br><br>Courtroom: 17C<br>Judge: Hon. Laura Taylor Swain |
| PENSION TRUST FUND FOR OPERATING ENGINEERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., et al.,<br><br>Defendants. | Case No.: 09-CV-6172 (LTS)<br><br>**ECF CASE** |

I, Christopher Lometti, an attorney duly admitted to practice law before the courts of the State of New York and this Court, declare, under the penalty of perjury, as follows:

1. I am Of Counsel to the law firm Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I am fully familiar with all the facts and circumstances herein. I submit this Supplemental Declaration in further support of the motions of the Public Employees' Retirement System of Mississippi, New Jersey Carpenters Health Fund and the Boilermaker Blacksmith National Pension Trust's for appointment of co-lead plaintiff and approval of their selection of co-lead counsel.

2. Annexed hereto as **Exhibit A** is a true and correct copy of the complaint filed in the action *Pension Trust Fund for Operating Engineers v. Structured Asset Mortgage Investments II Inc., et al,* Docket No. 09-cv-6172-LTS (S.D.N.Y.) on July 9, 2009.

Dated: New York, New York
       December 10, 2009

                                                  /s/ Christopher Lometti
                                                    Christopher Lometti

## CERTIFICATE OF SERVICE

      I, Daniel B. Rehns, counsel for the Plaintiff, hereby certify that on December 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record.

                                        /s/ *Daniel B. Rehns*
                                              Daniel B. Rehns