UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

NEW JERSEY CARPENTERS HEALTH FUND and BOILERMAKER BLACKSMITH NATIONAL PENSION TRUST, *on Behalf of Themselves and all others similarly situated*,

Plaintiffs,

– against –

STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ASSET BACKED SECURITIES I, LLC, JEFFREY L. VERSCHLEISER, MICHAEL B. NIERENBERG, JEFFREY MAYER, THOMAS F. MARANO, MATTHEW E. PERKINS, SAMUEL L. MOLINARO, JR., KIM LUTTHANS, KATHERINE GARNIEWSKI, JOSEPH T. JURKOWSKI, JR., EMC MORTGAGE CORPORATION, JPMORGAN CHASE, INC. *as successor-in-interest to* BEAR STEARNS & COMPANY, INC., MOODY'S INVESTORS SERVICE, INC. and THE MCGRAW-HILL COMPANIES, INC.,

Defendants.

----------------------------------------------------------------------- x

Case No. 08 CV 8093 (LTS)

**NOTICE OF APPEARANCE**

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jacob Press of the law firm Simpson Thacher & Bartlett LLP hereby appears in this action as counsel for Defendant Samuel L. Molinaro, Jr. and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: New York, New York  
       December 10, 2009

Respectfully submitted,

/s/ Jacob Press_____  
Jacob Press  
jpress@stblaw.com  
**SIMPSON THACHER & BARTLETT LLP**  
425 Lexington Avenue  
New York, New York  10017-3954  
(212) 455-2000  
(212) 455-2502 (fax)  
*Counsel for Defendant Samuel L. Molinaro, Jr.*