UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BEAR STEARNS MORTGAGE PASS-THROUGH CERTIFICATES LITIGATION | No. 08 CV 8093 (LTS) (MHD) |
| **This Document Relates To:** | ECF CASE |
| All Actions | |

## NOTICE OF UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed affidavits of J. Wesley Earnhardt, sworn to on October 15, 2013, and Joshua Glick, sworn to on October 14, 2013, defendants Structured Asset Mortgage Investments II, Inc.; Bear Stearns & Co., Inc.; Bear Stearns Asset Backed Securities I, LLC; EMC Mortgage Corporation (n/k/a EMC Mortgage LLC); and J.P. Morgan Securities, Inc. (n/k/a JPMorgan Securities LLC) (collectively, "Defendants")[1] respectfully move this Court, before the Honorable Laura Taylor Swain, at the United States District Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Local Civil Rule 1.4 and Rule A.2(e) of the Individual Practices of Judge Laura Taylor Swain, allowing the withdrawal of J. Wesley Earnhardt, Karin A. DeMasi, Robert H. Baron and Christopher Daniel Belelieu of Cravath, Swaine & Moore LLP ("Cravath Counsel") as Defendants' counsel of record.

Plaintiffs do not oppose this motion. Defendants are submitting herewith a

---

[1] Cravath Counsel also appeared in this action on behalf of Bear Stearns Mortgage Funding Trust 2006 AR-1 and J.P. Morgan Chase, Inc. Those entities were not named as defendants in Plaintiffs' Third Amended Class Action Complaint, filed October 29, 2010. Thus, Bear Stearns Mortgage Funding Trust 2006 AR-1 and J.P. Morgan Chase, Inc. are no longer parties to this action.

Proposed Order granting this unopposed motion.

                */s/ J. Wesley Earnhardt*
                J. Wesley Earnhardt
                CRAVATH, SWAINE & MOORE LLP
                825 Eighth Avenue
                New York, New York 10019
                (212) 474-1000
                wearnhardt@cravath.com