USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **NOV 0 8 2013**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
IN RE BEAR STEARNS MORTGAGE          :   Master File No.:
PASS-THROUGH CERTIFICATES LITIGATION :
:   08 CV 8093 (LTS)
:
**This Document Relates To:**        :
:
All Actions                          :
:
:
------------------------------------------------------------------ x

# [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

After due consideration of the Unopposed Motion for Withdrawal of Counsel filed by defendants Bear, Stearns & Co. Inc. and J.P. Morgan Securities Inc. (now known together as J.P. Morgan Securities LLC), Structured Asset Mortgage Investments II, Inc., Bear Stearns Asset Backed Securities I, LLC, EMC Mortgage Corporation, and Joseph T. Jurkowski, Jr. (collectively, "Defendants"), it is hereby ORDERED that Kenneth I. Schacter, Laila Abou-Rahme, and Theo J. Robins of Bingham McCutchen LLP are allowed to withdraw as counsel for Defendants.

Date: November 7, 2013

_____
Hon. Laura Taylor Swain

A/75780327.1