UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN RE: BEAR STEARNS MORTGAGE
PASS THROUGH CERTIFICATES
LITIGATION

No. 08 Civ. 8093 (LTS)(KNF)

This Document Relates To:

All Actions

ORDER

      The parties have provided a variety of charts containing information about the offerings relevant to the Motion for Reconsideration and Motion for Leave to Amend.

      The parties are directed to consult with one another and provide the Court with a joint submission in tabular form containing information regarding (1) the offerings that the parties agree would survive notwithstanding the Motion for Reconsideration; and (2) the offerings whose inclusion in this action the parties dispute.

      Regarding the undisputed offerings, the jointly prepared table should contain the following information, as depicted in Exhibit A of this Order: (1) Offering; (2) Offering Date; (3) Date asserted by Plaintiff with standing; (4) Years asserted after offering date; and (5) Originator.

      Regarding the disputed offerings, the jointly prepared table should contain the following information, as depicted in Exhibit B of this Order: (1) Offering; (2) Offering Date; (3) Date A: Date first asserted by Plaintiff with standing; (4) Date B: Date first asserted (if standing of original Plaintiff is disputed); (5) Years asserted after offering date (calculation based on Date A, followed by calculation based on Date B, if applicable); (6) Originator; (7) Plaintiffs' position regarding the disputed offering; and (8) Defendants' position regarding the disputed offering. The parties are requested to indicate in column (1) whether the dispute regarding the offering is

principally related to the Motion for Reconsideration or the Motion for Leave to Amend by including "(R)" or "(A)" to represent, respectively, "reconsideration" or "amendment." The Court asks the parties to provide brief descriptions of the legal and/or factual basis for their positions in columns (7) and (8).

The parties are directed to complete and electronically file this joint submission by **Monday, December 2, 2013**, and to provide the Court with a courtesy copy.

SO ORDERED.

Dated: New York, New York
November 14, 2013

_____
LAURA TAYLOR SWAIN
United States District Judge

**EXHIBIT A**

| JOINT SUBMISSION CONCERNING UNDISPUTED CLAIMS |||||
|---|---|---|---|---|
| Offering | Offering Date | Date first asserted by Plaintiff with standing | Yrs asserted after offering date | Originator |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT B**

| (1) Offering/ (R) or (A) | (2) Offering Date | JOINT SUBMISSION CONCERNING DISPUTED OFFERINGS ||||| (8) Defendant's Position |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  | (3) (Date A) Date first asserted by Plaintiff with standing | (4) (Date B) Date first asserted (if different from Date A) | (5) Yrs asserted after offering date (Date A; Date B) | (6) Originator | (7) Plaintiff's position |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |