# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

August 4, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 5 2014

**Via ECF and Hand Delivery**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

Re:  *In re Bear Stearns Mortgage Pass-Through Certificates Litigation*
     Master File No. 08-CV-8093 (LTS)

Dear Judge Swain:

We represent the Plaintiffs in the above-captioned action and write on behalf of all parties to update the Court on settlement discussions and our agreement to pursue private mediation. While discovery is currently stayed by Court order, the parties have agreed to the informal production of documents and information in connection with mediation before the Honorable Daniel Weinstein (Ret.). Judge Weinstein will oversee the exchange of information and also serve as mediator for the parties' negotiations. The parties have further agreed to request jointly that the Court refrain from acting on the two pending motions [ECF Nos. 185 & 199] in order to maintain the *status quo* during ongoing discussions.

While there are no guarantees that the parties will reach agreement, we believe that the agreed-upon process will enable the parties to make meaningful progress toward resolution.

Thank you for your attention to this matter. As always, we stand ready to answer any of the Court's questions and will update the Court with any material developments.

Respectfully submitted,

/s/ David R. Stickney
David R. Stickney
Bernstein Litowitz Berger & Grossmann LLP

/s/ Daniel S. Sommers
Daniel S. Sommers
Cohen Milstein Sellers & Toll PLLC

*Handwritten endorsement:* The motions (docket entries 185 and 199) are terminated without prejudice to restoration after October 1, 2014. If the case is still pending on that date, the parties must file a written status report indicating whether they continue in productive settlement discussions.

cc:  All Counsel of Record (Via ECF)
     Richard Edlin, Greenberg Traurig LLP
     Robert A. Sacks, Sullivan & Cromwell LLP (additional counsel for Defendant Bear Stearns)

**SO ORDERED:**

/s/ Laura Taylor Swain  8/5/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

12481 HIGH BLUFF DRIVE • SUITE 300 • SAN DIEGO • CA 92130-3582
TELEPHONE: 858-793-0070 • www.blbglaw.com • FACSIMILE: 858-793-0323