# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS



October 1, 2014



**MEMO ENDORSED**

<u>Via ECF and Hand Delivery</u>

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *In re Bear Stearns Mortgage Pass-Through Certificates Litigation*
           <u>Master File No. 08-CV-8093 (LTS)</u>

Dear Judge Swain:

    We represent the Plaintiffs in the above-captioned action and write on behalf of the parties to provide a status report on settlement discussions.

    By way of background, the parties informed the Court on August 4 that they had agreed to pursue private mediation with the Honorable Daniel Weinstein (Ret.) serving as mediator. In connection with the mediation, the parties agreed to the production of documents and information and also to request jointly that the Court refrain from acting on two then-pending motions [ECF Nos. 185 & 199]. The Court granted the parties' request on August 5, 2014 [ECF No. 252], and subsequently entered an order governing the exchange of confidential documents during the course of mediation [ECF No. 253].

    As for the status, settlement discussions are ongoing and continue to be productive. The exchange of documents and information is underway, and the parties have regular communications between and among each other and the mediator. Moreover, the parties have scheduled an in-person mediation session for October 30, 2014.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Hon. Laura Taylor Swain
October 1, 2014
Page 2

---

Thank you for your attention to this matter. We will update the Court with any material developments.

Respectfully submitted,

David R. Stickney
Bernstein Litowitz Berger & Grossmann LLC

Daniel S. Sommers  by DAS
Cohen Milstein Sellers & Toll PLLC

cc:  All Counsel of Record (Via ECF)
     Richard Edlin, Greenberg Traurig LLP
     Robert A. Sacks, Sullivan & Cromwell LLP (additional counsel for Defendant Bear Stearns)

*The parties must file a further written status report by January 9, 2015, if the case has not been resolved before that date.*

**SO ORDERED:**

10/3/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE