UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BEAR STEARNS MORTGAGE PASS-THROUGH CERTIFICATES LITIGATION | Case No. 1:08-cv-08093-LTS |

NOTICE OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO:   All Counsel of Record

PLEASE TAKE NOTICE that upon the accompanying Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement, and the Stipulation and Agreement of Settlement (with exhibits) filed simultaneously herewith, and all prior proceedings in this Action, through their undersigned counsel, Lead Plaintiffs the Public Employees' Retirement System of Mississippi and New Jersey Carpenters Health Fund (together, "Lead Plaintiffs"), and the additional Plaintiffs,[1] on behalf of the proposed Class, pursuant to Rule 23 of the Federal Rules of Civil Procedure, now move this Court before the Honorable Laura Taylor Swain at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and date to be determined by the Court, for an order granting:

(1)   Preliminary approval of the proposed class action settlement which, if granted final approval, would resolve this Action in its entirety;

---

[1] "Plaintiffs" includes Public Employees' Retirement System of Mississippi, New Jersey Carpenters Health Fund, Boilermaker Blacksmith National Pension Trust, Police and Fire Retirement System of the City of Detroit, the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board on behalf of the Oregon Public Employee Retirement Fund, Iowa Public Employees' Retirement System, and San Antonio Fire and Police Pension Fund.

(2)  Approval of the form, content and manner of the class notices to Class Members;

(3)  Certification of the proposed Class; and

(4)  Scheduling of a hearing, and certain deadlines related thereto, on final approval of the Settlement, proposed Plan of Allocation and Lead Counsel's application for an award of attorneys' fees and expenses.

The parties' agreed-upon form of proposed Preliminary Approval Order is attached hereto as Exhibit A.

<u>Certification Pursuant to the Court's Individual Practices</u>

Pursuant to Section A(2)(b)(ii) of this Court's Individual Practices, Lead Plaintiffs certify that they have conferred with Defendants and that Defendants do not oppose this Motion. In light of the fact that the Motion is believed to be unopposed, Plaintiffs respectively suggest that the Motion may be granted without a hearing.

Dated: February 2, 2015　　　　　　　　　Respectfully submitted,
　　　　　San Diego, California

　　　　　　　　　　　　　　　　　　　　　BERNSTEIN LITOWITZ BERGER
　　　　　　　　　　　　　　　　　　　　　　& GROSSMANN LLP


　　　　　　　　　　　　　　　　　　　　　By:   /s/ David R. Stickney

　　　　　　　　　　　　　　　　　　　　　David R. Stickney
　　　　　　　　　　　　　　　　　　　　　Niki L. Mendoza
　　　　　　　　　　　　　　　　　　　　　Richard D. Gluck
　　　　　　　　　　　　　　　　　　　　　Matthew P. Jubenville
　　　　　　　　　　　　　　　　　　　　　L. Reza Wrathall
　　　　　　　　　　　　　　　　　　　　　12481 High Bluff Drive, Suite 300
　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92130
　　　　　　　　　　　　　　　　　　　　　Tel:    (858) 793-0070
　　　　　　　　　　　　　　　　　　　　　Fax:   (858) 793-0323
　　　　　　　　　　　　　　　　　　　　　davids@blbglaw.com
　　　　　　　　　　　　　　　　　　　　　nikim@blglaw.com
　　　　　　　　　　　　　　　　　　　　　richard.gluck@blbglaw.com
　　　　　　　　　　　　　　　　　　　　　matthewj@blbglaw.com
　　　　　　　　　　　　　　　　　　　　　laurence.wrathall@blbglaw.com
　　　　　　　　　　　　　　　　　　　　　-and-
　　　　　　　　　　　　　　　　　　　　　Max W. Berger
　　　　　　　　　　　　　　　　　　　　　James A. Harrod

Katherine Stefanou
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444
MWB@blbglaw.com
jim.harrod@blbglaw.com
katherine.stefanou@blbglaw.com


COHEN MILSTEIN SELLERS & TOLL PLLC

By:   /s/ Daniel S. Sommers

Daniel S. Sommers
S. Douglas Bunch
1100 New York Avenue, NW, Suite 500 East
Washington, D.C. 20005
Tel:    (202) 408-4600
Fax:    (202) 408-4699
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
-and-
Joel P. Laitman
Christopher Lometti
Richard Speirs
Daniel B. Rehns
88 Pine Street, 14th Floor
New York, NY 10005
Tel:    (212) 838-7797
Fax:    (212) 838-7745
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
rspeirs@cohenmilstein.com
drehns@cohenmilstein.com


*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*