# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
## ATTORNEYS AT LAW
### NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

DAVID R. STICKNEY
davids@blbglaw.com
(858) 720-3182

April 22, 2015

**VIA ECF AND HAND DELIVERY**

Hon. Laura Taylor Swain
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

    Re:   *In re Bear Stearns Mortgage Pass-Through Certificates Litigation*
           Master File No. 08-cv-08093-LTS-KNF

Dear Judge Swain:

    We write on behalf of Lead Plaintiffs, the Public Employees' Retirement System of Mississippi and New Jersey Carpenters Health Fund, in the above-captioned putative class action. As the Court is aware, the parties previously entered into and submitted to the Court a Stipulation and Agreement of Settlement dated February 2, 2015. ECF No. 264. On February 19, 2015, the Court granted preliminary approval of the Settlement and set forth a schedule to consider final approval of the Settlement. ECF No. 268.

    Pursuant to that schedule, earlier today we filed and served the following documents via the Court's ECF-filing system, courtesy copies of which are enclosed for the Court's convenience.

1. Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation of Settlement Proceeds;

2. Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation of Settlement Proceeds;

3. Lead Counsel's Notice of Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses;

4. Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and



5. Joint Declaration of David R. Stickney and Daniel S. Sommers in Support of Motion for Final Approval of Settlement and Plan of Allocation, and Motion for Approval of Attorneys' Fees and Expenses, with Exhibits 1-5.

Thank you for your attention.

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: *[signature]*
DAVID R. STICKNEY

COHEN MILSTEIN SELLERS & TOLL PLLC

By: *[signature]* by DRS
DANIEL S. SOMMERS

cc: All Counsel of Record (via ECF)