UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE BEAR STEARNS MORTGAGE
PASS-THROUGH CERTIFICATES LITIGATION,

This Document Relates To:

All Actions

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-2015
```

08-CV-8093-LTS-MHD

ORDER

The hearing for the motion for final approval of settlement and plan of allocation and motion for attorneys' fees, currently scheduled for May 27, 2015, at 10:00 a.m., is rescheduled to **May 27, 2015, at 10:45 a.m.**

SO ORDERED.

Dated: New York, New York
       May 20, 2015

LAURA TAYLOR SWAIN
United States District Judge

BEAR.STEARNS.RESCHED.WPD          VERSION 5/20/15