UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BEAR STEARNS MORTGAGE PASS-THROUGH CERTIFICATES LITIGATION | Case No. 1:08-cv-8093 (LTS)<br><br>ECF CASE<br><br>Judge: Hon. Laura Taylor Swain<br>Courtroom 12D |

### NOTICE OF FILING OF ADDITIONAL REQUEST FOR EXCLUSION UNDER SEAL

**PLEASE TAKE NOTICE** that, pursuant to Paragraph 4 of the Court's Order Preliminarily Approving Settlement and Providing for Notice, entered February 19, 2015 (ECF No. 268), Lead Plaintiffs are hereby filing under seal an additional request for exclusion from the Class in the above-captioned Action.

On May 13, 2015, Lead Plaintiffs submitted under seal a compendium of requests for exclusion that had been received prior to that date, in connection with the filing of their Notice of Non-Opposition and Reply (ECF No. 275). Because an additional exclusion request was received following that date, Lead Plaintiffs are submitting the attached additional exclusion request. With this additional exclusion, a total of six exclusion requests were received, on behalf of eleven entities, only three of which would otherwise be Class Members. In an abundance of caution, all eleven entities are listed on Exhibit 1 to an [Amended Proposed] Order and Final Judgment being provided to the Judgment's Clerk pursuant to the Local Rules.

Dated: May 22, 2015
      San Diego, California

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN, LLP

By: /s/ David R. Stickney
David R. Stickney

Niki L. Mendoza
Richard D. Gluck
Matthew P. Jubenville
L. Reza Wrathall
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
nikim@blglaw.com
richard.gluck@blbglaw.com
matthewj@blbglaw.com
laurence.wrathall@blbglaw.com
-and-
Max W. Berger
James A. Harrod
Katherine Stefanou
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444
MWB@blbglaw.com
jim.harrod@blbglaw.com
katherine.stefanou@blbglaw.com


COHEN MILSTEIN SELLERS & TOLL PLLC

By: _____
Daniel S. Sommers,    by DSS
S. Douglas Bunch
1100 New York Avenue, NW, Suite 500 East
Washington, D.C. 20005
Tel:   (202) 408-4600
Fax:   (202) 408-4699
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
-and-
Joel P. Laitman
Christopher Lometti
Richard Speirs
Daniel B. Rehns
88 Pine Street, 14th Floor
New York, NY 10005
Tel:   (212) 838-7797

Fax: (212) 838-7745
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
rspeirs@cohenmilstein.com
drehns@cohenmilstein.com

*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*

# REQUEST FOR EXCLUSION #6

# (DOCUMENTS FILED UNDER SEAL)